[No. 24029-3-I. Division One. November 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY RAMSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-06506-5, Shannon Wetherall, J., entered March 29, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 22604-5-I. Division One. November 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE W. MADILL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00593-8, Stuart C. French, J., entered July 5, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Forrest, JJ.

[No. 22128-1-I. Division One. November 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE F. BENEDETTI, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00765-5, Stuart C. French, J., entered April 4, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 23474-9-I. Division One. November 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE LEE NEWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03463-8, Arthur E. Piehler, J., entered January 3, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.